**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAMES F. LAPINSKI,

    Plaintiff,

v.                                                  Case No: 6:16-cv-1418-Orl-40GJK

ST. CROIX CONDOMINIUM
ASSOCIATION, INC., ESTATE OF
DOUGLAS COOK, FIFTH DISTRICT
COURT OF APPEALS OF FLORIDA,
FLORIDA SEVENTH CIRCUIT COURT,
STATE OF FLORIDA, VOLUSIA
COUNTY, R. BROOKS CASEY,
JENNIFER CAMPEN, JOSEPH
BANDY, GARY CHANDLER, JERRY
AZEFF, JOHN WENDER, SANDI
DEMBINSKY, DAYTONA BEACH
SHORES, FL and ESTATE OF
MICHEAL KENNEDY,

    Defendants.
_____/

## **ORDER**

This cause is before the Court on Defendants' Amended Motion for Attorneys' Fees (Doc. 173) filed on August 30, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed October 30, 2018 (Doc. 178), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Motion for Attorneys' Fees (Doc. 173) is **GRANTED** and the St. Croix Defendants are awarded $877.50 in attorneys fees.

3. The Clerk is **DIRECTED** to enter judgment in favor of St. Croix Condominium, Inc., Jennifer Campen, Joseph Bandy, Gary Chandler, Jerry Azeff, John Wender, and Sandi Dembinsky and against James F. Lapinski in the amount of **$877.50** in attorneys fees.

**DONE AND ORDERED** in Orlando, Florida on November 19, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties